INDIANA NATIONAL LIFE INSURANCE COMPANY *v.* McGINNIS.

[No. 22,373. Filed March 28, 1913. Rehearing denied June 24, 1913.]

From Superior Court of Marion County (78,146½) ; *Vinson Carter*, Judge.

Action by Emily S. McGinnis against the Indiana National Life Insurance Company. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Ulric Z. Wiley* and *Arthur H. Jones*, for appellant.

*Morton C. Embree, Harvey Harmon, Oscar L. Pond* and *Lucius C. Embree*, for appellee.

SPENCER, J.—The questions presented in this case are identical with those presented in the case of *Indiana, etc., Life Ins. Co.* v. *McGinnis* (1913), *ante* 9. The two appellees in these cases were named as beneficiaries in the same insurance policy, with a definite portion payable to each, and the issues formed are the same in each case.

On the authority of that decision, the judgment of the Marion superior court in this case is affirmed.